```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**CALVIN JEROME STOVER**                                              PLAINTIFF

      **v.**          Civil No. 13-5018

**CAPTAIN CHRIS SPARKS,**
Benton County Detention Center                                        DEFENDANT

<u>O R D E R</u>

Now on this 29th day of August 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #17) and plaintiff's objection thereto. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #17) is hereby **adopted *in toto***, and plaintiff's objection is **overruled**;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, defendant's **Motion to Dismiss** (document #8) is **granted**, and this case is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                                JIMM LARRY HENDREN
                                                UNITED STATES DISTRICT JUDGE